# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :    No. 576 MAL 2016

           Respondent               :

                                 :    Petition for Allowance of Appeal from

                                 :    the Order of the Superior Court

           v.                     :

                                 :

                                 :

JOSHUA D. MCCRAE,              :

                                 :

           Petitioner               :

## ORDER

**PER CURIAM**

       AND NOW, this 22nd day of November, 2016, the Petition for Allowance of Appeal is DENIED.